# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Lardone Davis
                        Plaintiff,

v.                                       Case No.: 1:23−cv−02118
                                              Honorable Georgia N Alexakis

Lawson Products, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Because the parties have reached an agreement to settle the matter [79], the Court dismisses defendant's motion to dismiss the original complaint [48] and defendant's motion to dismiss the first amended complaint [58] without prejudice to renewal. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.