UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LARDONE DAVIS** and **MUHAMMAD SANAULLAH,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LAWSON PRODUCTS, INC.,**<br><br>Defendant. | Case No.: 1:23-cv-02118<br><br>Magistrate Judge Fuentes |

### PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES, EXPENSES, AND SERVICE AWARDS

PLEASE TAKE NOTICE that Plaintiffs Lardone Davis and Muhammad Sanaullah ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Class" or "Settlement Class"), hereby move this Court for entry of an Order awarding: (i) attorneys' fees in the amount of $187,500.00; (ii) reimbursement of costs and expenses in the amount of $17,294.85; and (iii) Service Awards of $5,000.00 each to the Class Representatives (for a total of $10,000.00).

This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Amended Motion for Attorneys' Fees, Costs, Expenses, and Service Awards (the "Memorandum") and the Declaration of Cassandra P. Miller (Exhibit 1 to the Memorandum), and all prior pleadings and proceedings in this matter.

Plaintiffs will present this Motion and provide any updated or additional support at the Final Approval Hearing scheduled for August 29, 2025.

1

Dated: July 7, 2025                    Respectfully submitted,

By: <u>*/s/ Cassandra P. Miller*</u>
Cassandra P. Miller
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

  I, Cassandra P. Miller, hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 7th day of July, 2025.

             STRAUSS BORRELLI PLLC

             By: */s/ Cassandra P. Miller*
                Cassandra P. Miller
                STRAUSS BORRELLI PLLC
                One Magnificent Mile
                980 N Michigan Avenue, Suite 1610
                Chicago IL, 60611
                Telephone: (872) 263-1100
                Facsimile: (872) 263-1109
                cmiller@straussborrelli.com