UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LARDONE DAVIS** and **MUHAMMAD SANAULLAH** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LAWSON PRODUCTS, INC.,**<br><br>Defendant. | Case No.: 1:23-cv-02118<br><br>Magistrate Judge Fuentes |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Lardone Davis and Muhammad Sanaullah (collectively, "Plaintiffs") respectfully move this Court for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying the class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims. Plaintiffs consulted with Defendants before filing this Motion and it is unopposed.

This Motion is based on: (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and its exhibits (filed concurrently herewith); (ii) the Declaration of Stephanis Saunders, on behalf of the Settlement Administrator (attached as **Exhibit 1**); (iii) the Declaration of Cassandra P. Miller as Proposed Class Counsel (attached as **Exhibit 2**); (iv) all prior pleadings and proceedings in this action; (v) the arguments of counsel; and (vi) any other matters properly before the Court. The proposed Final Approval Order is attached as **Exhibit 3**.

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of this Motion, Plaintiffs respectfully request that the Court grant the Motion and enter the proposed Order.

Date: August 15, 2025                          Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

     I, Cassandra P. Miller, hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 15th day of August, 2025.

                               STRAUSS BORRELLI PLLC

                               By: */s/ Cassandra P. Miller*
                                    Cassandra P. Miller
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N. Michigan Ave., Suite 1610
                                    Chicago, IL 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    cmiller@straussborrelli.com