# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Lardone Davis, et al.
                        Plaintiff,

v.                                                  Case No.: 1:23−cv−02118
                                                        Honorable Gabriel A. Fuentes

Lawson Products, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Final Approval Hearing held. Defense counsel did not appear. No objections were made. For the reasons stated on the record, Plaintiffs' unopposed motion for attorney's fees, expenses, and service awards (doc. #[95]) and motion for final approval of class action settlement (doc. #[98]) are granted. Enter Order Granting Final Approval of Class Action Settlement. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.